**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HENNY PATEL, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC., CBRE, INC., and MICROSOFT CORPORATION,<br><br>Defendants. | Case No. 1:26-cv-08250<br><br>Honorable Steven C. Seeger |

**DEFENDANT MICROSOFT CORPORATION'S**
**MOTION TO COMPEL ARBITRATION AND STAY CLAIMS**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4, Defendant Microsoft Corporation hereby moves to compel Plaintiff to submit all claims asserted in her Complaint to binding arbitration on an individual basis, and to stay the action pending individual arbitration.

1. As set forth more fully in the accompanying memorandum of law, Plaintiff's lawsuit is premised on her employment relationship with Securitas Security Services USA, Inc., where she worked at Microsoft data centers in the Chicago area pursuant to work orders issued by CBRE, Inc., and was allegedly required to scan her fingerprint as a security measure before entering those facilities. Plaintiff asserts putative class claims against Securitas, Microsoft, and CBRE under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.*

2. In December 2022, she read and agreed to be bound by Securitas's Dispute Resolution Agreement (the "Arbitration Agreement"), where she promised to individually arbitrate disputes "arising out of or related to…employment with Securitas." The Arbitration Agreement is

not limited to disputes between Plaintiff and Securitas but also encompasses "disputes with ***any entity or individual arising out of*** or related to the application for employment, background checks, ***privacy***," as well as "***all other federal or state legal claims***" arising out of or relating to Plaintiff's employment. Declaration of Caitlin Bruemmer, Attachment 1 § 2. Because Plaintiff's theory of liability rests exclusively on her employment with Securitas at Microsoft data centers where Securitas assigned her, and concerns precisely the subject expressly identified in the Arbitration Agreement, *i.e.*, "privacy," Plaintiff's claims against Microsoft are subject to individual arbitration. And Microsoft is a third-party beneficiary of that agreement, and as such, is entitled to enforce it.

Accordingly, Microsoft respectfully requests that the Court compel Plaintiff to individually arbitrate her claim and stay this action pending completing of that individual arbitration.

Dated: September 11, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: *Elizabeth B. Herrington*
Elizabeth B. Herrington
Alborz Hassani
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
Facsimile: (312) 324-1001
beth.herrington@morganlewis.com
al.hassani@morganlewis.com

*Counsel for Defendant Microsoft Corporation*